UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61522-CIV-ROSENBAUM/SELTZER

FRANCESCO MANASSE,

    Plaintiff,

v.

PALISADES COLLECTION, LLC,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL

This matter is before the Court upon Plaintiff and Defendant Enhanced Recovery Company, LLC's Joint Stipulation for Dismissal With Prejudice [D.E. 69] and Plaintiff and Defendant Plaza Recovery, Inc.'s Notice of Settlement and Joint Stipulation for Dismissal With Prejudice [D.E. 70]. Upon consideration, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Joint Stipulations [D.E. 69-70] are approved and adopted.

2. Defendant Enhanced Recovery Company, LLC, is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the settlement between Plaintiff and Defendant Enhanced Recovery Company, LLC.

3. Defendant Plaza Recovery, Inc., is **DISMISSED WITH PREJUDICE**. Plaintiff and Defendant Plaza Recovery, Inc., shall bear their own costs and attorneys' fees, except as otherwise agreed by the parties. The Court shall retain jurisdiction to enforce the terms of the settlement between Plaintiff and Defendant Plaza Recovery, Inc.

4. All pending motions are **DENIED AS MOOT**.

5.  The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 10th day of May 2013.

                                                            ROBIN S. ROSENBAUM
                                                            UNITED STATES DISTRICT JUDGE

copies to:
The Honorable Barry S. Seltzer
Counsel of record